FISHER & PHILLIPS LLP
MARK J. RICCIARDI, ESQ.
Nevada Bar No. 3141
ALLISON L. KHEEL, ESQ.
Nevada Bar No. 12986
300 S. Fourth Street
Suite 1500
Las Vegas, NV 89101
Telephone: (702) 862-3817
Facsimile: (702) 252-7411
E-Mail Address: akheel@fisherphillips.com
Attorneys for Defendant

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| KEVIN ZIMMERMAN, an Individual, | Case No. 2:17-cv-00313-GMN-GWF |
| Plaintiff, | **STIPULATION AND ORDER EXTENDING TIME FOR DEFENDANT TO ANSWER OR OTHERWISE RESPOND TO COMPLAINT** |
| vs. | |
| TERRIBLE HERBST, INC., | |
| Defendant. | |

IT IS HEREBY STIPULATED AND AGREED by the parties' counsel of record that Defendant shall have an extension of time up to and including May 26, 2017, to respond to the Complaint on file herein. Defense counsel has just recently been retained and needs further time to review and evaluate the case. This is the first request

/ / /

/ / /

/ / /

/ / /

/ / /

FISHER & PHILLIPS LLP
300 South Fourth Street, Suite 1500
Las Vegas, Nevada 89101

FPDOCS 32846141.1

FISHER & PHILLIPS LLP
300 South Fourth Street, Suite 1500
Las Vegas, Nevada 89101

1 | for an extension of time to respond to the Complaint.

2 | DATED this 27th day of April, 2017     DATED this 27th day of April, 2017

3 | FISHER & PHILLIPS LLP                  THE WILCHER FIRM

4 | By: _/s/Allison L. Kheel, Esq._        By: _/s/Whitney C. Wilcher, Esq._

5 | Mark J. Ricciardi, Esq.                Whitney C. Wilcher, Esq.
   | Allison L. Kheel, Esq.                 8465 West Sahara Ave.

6 | 300 S. Fourth Street                   Suite 111-236
   | Suite 1500                             Las Vegas, NV 89117

7 | Las Vegas, Nevada 89101                Attorneys for Plaintiff
   | Attorneys for Defendant

8 |

9 |                                        IT IS SO ORDERED:

10 |

11 |                                        UNITED STATES MAGISTRATE JUDGE

12 |                                        Dated: _____April 28, 2017_____

FPDOCS 32846141.1