FISHER & PHILLIPS LLP
MARK RICCIARDI, ESQ.
Nevada Bar No. 3142
ALLISON L. KHEEL, ESQ.
Nevada Bar No. 12986
300 S. Fourth Street
Suite 1500
Las Vegas, NV  89101
Telephone:  (702) 862-3817
Facsimile:   (702) 252-7411
E-Mail Address:  akheel@fisherphillips.com
Attorneys for Defendant

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| KEVIN ZIMMERMAN, an Individual, | Case No. 2:17-cv-00313-GMN-GWF |
| Plaintiff, | **STIPULATION AND ORDER EXTENDING TIME FOR DEFENDANT TO ANSWER OR OTHERWISE RESPOND TO COMPLAINT SECOND REQUEST** |
| vs. | |
| TERRIBLE HERBST, INC., | |
| Defendant. | |

IT IS HEREBY STIPULATED AND AGREED by the parties' counsel of record that Defendant shall have an extension of time up to and including June 30, 2017, to respond to the Complaint on file herein. The parties have been exploring the

/ / /

/ / /

/ / /

/ / /

/ / /

1  possibility of settlement and needs further time to review and evaluate the case. This is
2  the second request for an extension of time to respond to the Complaint.

3  DATED this 24th day of May, 2017          DATED this 24th day of May, 2017

4  FISHER & PHILLIPS LLP                     THE WILCHER FIRM

5  By: /s/Allison L. Kheel, Esq.             By: /s/Whitney C. Wilcher, Esq.
6  Mark Ricciardi, Esq.                      Whitney C. Wilcher, Esq.
   Allison L. Kheel, Esq.                    8465 West Sahara Ave.
7  300 S. Fourth Street                      Suite 111-236
   Suite 1500                                Las Vegas, NV 89117
8  Las Vegas, Nevada  89101                  Attorneys for Plaintiff
   Attorneys for Defendant

IT IS SO ORDERED:

_____
UNITED STATES MAGISTRATE JUDGE

Dated: __5/30/2017_____

- 2 -

FPDOCS 32912961.1